Commonwealth ex rel. Deppen, Appellant, *v.*
Seidel.

Argued September 15, 1965; reargument refused October 27, 1965. *C. Wilson Austin,* with him *Clarence C. Mendelsohn,* and *Speicher, Austin, Connor and Giorgi,* for appellant; *John V. Boland,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.

FLOOD, J., absent.